# United States Court of Appeals
## For the Eighth Circuit

_____

No. 16-2193

_____

Bhawanee Persaud

*Plaintiff - Appellant*

v.

Carolyn W. Colvin, Acting Commissioner of Social Security

*Defendant - Appellee*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: January 4, 2017
Filed: January 9, 2017
[Unpublished]

_____

Before SHEPHERD, ARNOLD, and KELLY, Circuit Judges.

_____

PER CURIAM.

Bhawanee Persaud appeals the district court's[1] order upholding an administrative law judge's (ALJ's) decision finding that he no longer qualified for

_____

[1] The Honorable Leo I. Brisbois, United States Magistrate Judge for the District of Minnesota, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c).

disability insurance benefits as of January 2004. We agree with the district court that substantial evidence on the record as a whole supports the ALJ's determination that Mr. Persaud's activities at Sungate, Inc., a non-profit human services business he established, amounted to substantial gainful activity under Test Three in the regulation related to the self-employed. <u>See</u> <u>Igo v. Colvin</u>, 839 F.3d 724, 728 (8th Cir. 2016) (de novo review); 20 C.F. R § 404.1575 (a)(2) (2007). The judgment of the district court is affirmed. <u>See</u> 8th Cir. R. 47B.

_____